# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 3, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

159443(17)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

MARCUS WAYNE MARTIN, JR.,
          Defendant-Appellant.
_____/

SC: 159443
COA: 347375
Wayne CC:  18-006163-FC

On order of the Chief Justice, the motion of plaintiff-appellee to extend the time for filing its answer is GRANTED.  The answer will be accepted as timely filed if submitted on or before November 20, 2019.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 3, 2019



Clerk